# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| BELLYARD PARTNERS, LLC, on behalf of itself and all others similarly situated, | |
| Plaintiff, | Civil Action No: 1:24-cv-05717-SDG |
| v. | |
| FALFURRRIAS MANAGEMENT PARTNERS LP d/b/a FALFURRIAS CAPITAL PARTNERS, and SLUSS + PADGETT INC., | |
| Defendants. | |

### DEFENDANT FALFURRIAS MANAGEMENT PARTNERS LP'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Rule 3.3 of the Civil Local Rules of Practice for the United States District Court for the Northern District of Georgia, Defendant Falfurrias Management Partners LP ("Defendant") submits its certificate of interested persons and corporate disclosure statement:

1. The undersigned counsel of record for Defendant certifies that, to the best of our knowledge, the following is a full and complete list of all parties, including proposed intervenors, in this action, including any parent

corporation and any publicly held corporation that owns 10% or more of the stock of a party:

<u>Plaintiff</u>:
Bellyard Partners, LLC

<u>Defendants</u>:
Falfurrias Management Partners LP d/b/a Falfurrias Capital Partners
Sluss + Padgett LLC

2. The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this case:

    Other than the above-listed parties and their counsel, none.

3. The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties in the case:

<u>For Plaintiff</u>:
Steffan T. Keeton
The Keeton Firm LLC
100 S. Commons, Ste 102
Pittsburgh, PA 15212
stkeeton@keetonfirm.com

Dennis C. Reich
Reich & Binstock LLP
4265 San Felipe, Ste 1000
Houston, TX 77024
dreich@reichandbinstock.com

Michael A. Mills
The Mills Law Firm
8811 Gaylord Drive, Ste 200
Houston, TX 77024
mickey@millsmediation.com

For Defendant Falfurrias Management Partners, LP:
M. Laughlin Allen
Robert Muckenfuss (*pro hac vice* forthcoming)
Kelly Warlich (*pro hac vice* forthcoming)
McGuireWoods LLP
1075 Peachtree Street, N.E., Ste 3500
Atlanta, GA 30309
mlallen@mcguirewoods.com
rmuckenfuss@mcguirewood.com
kwarlich@mcguirewoods.com

For Defendant Sluss + Padgett LLC:
Mark Husted
Hendrick, Phillips, Salzman & Siegel, P.C.
230 Peachtree Street, N.W., Ste 2500
Atlanta, GA 30303
mah@hpsslaw.com

4. The undersigned further certifies that the following is a full and complete list of the citizenship of every individual or entity whose citizenship is attributed to a party or proposed intervenor on whose behalf this certificate is filed:

  The sole general partner of Defendant is a limited liability company whose sole members are two individuals who are citizens of North Carolina. The limited partners of Defendant are an individual who is a citizen of North Carolina, a limited liability company whose sole

members are two individuals who are citizens of North Carolina, and a trust whose beneficiaries and trustees are individuals who are citizens of North Carolina.

Dated: December 19, 2024

Respectfully submitted,

**MCGUIREWOODS, LLP**

<u>/s/ M. Laughlin Allen</u>
M. Laughlin Allen
Georgia Bar No. 901999
McGuireWoods LLP
1075 Peachtree Street, NE, 35th Floor
Atlanta, Georgia 30309-3900
(404) 443-5738 (Telephone)
mlallen@mcguirewoods.com

*Counsel for Falfurrias Management Partners, LP*

# CERTIFICATE OF SERVICE AND
# COMPLIANCE WITH LOCAL RULE 5.1(C)

I HEREBY CERTIFY that on this 19th day of December, 2024, I caused a true and correct copy of the foregoing document to be filed electronically via the CM/ECF system. Counsel(s) of record are registered CM/ECF users and will be served by the CM/ECF System, and via electronic mail at the following addresses:

Steffan T. Keeton
The Keeton Firm LLC
stkeeton@keetonfirm.com

Dennis C. Reich
Reich & Binstock LLP
dreich@reichandbinstock.com

Michael A. Mills
The Mills Law Firm
mickey@millsmediation.com

I further certify that the foregoing has been prepared in Times New Roman 14-point font, one of the fonts and point selections approved by the Court in Local Rule 5.1(C).

Dated:      December 19, 2024

/s/ M. Laughlin Allen
M. Laughlin Allen
Georgia Bar No. 901999
McGuireWoods LLP
1075 Peachtree Street, NE
35th Floor
Atlanta, GA 30309

5

Telephone: (404) 443-5738
Facsimile: (404) 443-5599
mlallen@mcguirewoods.com

*Counsel for Falfurrias Management Partners, LP*